1  DAVID A. ROSENBERG
Nevada Bar No.: 10738
2  US BANKRUPTCY TRUSTEE
5030 Paradise Road, #B-215
3  Las Vegas, Nevada 89119
Phone: (702) 405-7312
4  Fax: (702) 947-2244
5  darosenberg@7trustee.net

6                **UNITED STATES BANKRUPTCY COURT**

7                     **DISTRICT OF NEVADA**

8                                              | Case No. BK-S-12-19246-LBR
9                                              | Chapter 7

10  In re:                                     | **CERTIFICATE OF SERVICE, RE:**

11  **CHRISTOPHER DEMEO**                      | *TRUSTEE'S MOTION TO SELL FREE AND*
                                               | *CLEAR OF LIENS AND ENCUMBRANCES*
12  **JENNIFER DEMEO,**                        | *OR, IN THE ALTERNATIVE, MOTION TO*
                                               | *SELL SUBJECT TO ANY AND ALL LIENS*
13                                             | *AND ENCUMBRANCES – REAL PROPERTY*

14            Debtor.                          | *[7959 GORGAS COURT, LAS VEGAS, NV*
15                                             | *89129]*

16                                             | Date of Hearing:    November 21, 2013
17                                             | Time of Hearing:    11:00 a.m.

18        I certify that I am an employee of DAVID A. ROSENBERG, Bankruptcy Panel Trustee

19  ("Trustee"), and that on Tuesday, October 22, 2013, I served the following documents in

20  accordance with Fed. R. Bankr. P. 2002, 6004, 7004 and 9014:

21

22        1.    A true and correct copy of the *Trustee's Motion To Sell Free And Clear Of*

23  *Liens And Encumbrances Or, In The Alternative, Motion To Sell Subject To Any And All Liens*

24  *And Encumbrances – Real Property [7959 GORGAS COURT, LAS VEGAS, NV 89129]*

25  ("Motion"), including all declarations and exhibits (collectively, the "Document") and the

26  notice of hearing ("Notice") were served as follows:

27            a.    ☒ (ELECTRONIC SERVICE)   The Notice of Electronic Filing automatically
                  generated by the Court's facilities ("ECF"); including, but not limited to the following email
28                addresses:

easy

ANTHONY DELUCA on behalf of Debtor CHRISTOPHER DEMEO
DelucaEcf@gmail.com

ANTHONY DELUCA on behalf of Joint Debtor JENNIFER DEMEO
DelucaEcf@gmail.com

JAMES E. SHIVELY on behalf of Creditor TD AUTO FINANCE LLC f/k/a DC
FIN SVCS AMER LLC
nevadabk@poliball.com, bkecf@poliball.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

GILBERT B, WEISMAN on behalf of Creditor ECAST SETTLEMENT
CORPORATION
notices@becket-lee.com

2.    A true and correct copy of the Document and Notice were served as follows:

a.    ☒ (UNITED STATES CERTIFIED MAIL) Pursuant to Fed. R. Bank. P. 7004, the Document and Notice were sent via certified first class postage prepaid to the parties listed below:

**Lienholder (FDIC Depository Institutions)**:
The Bank of New York Mellon
Attn: Gerald L. Hassell, CEO
1 Wall Street
New York, NY 10286

Capital One Bank USA, NA
c/o: GreenPoint Mortgage Funding, Inc.
Attn: Richard Fairbank, CEO
4851 Cox Road
Glen Allen, VA 23060

b.    ☒ (UNITED STATES MAIL) Pursuant to Fed. R. Bankr. P. 2002, 6004, the Document and Notice were sent via first class postage prepaid to the parties listed below:

**Debtor**:
Christopher Demeo
Jennifer Demeo
2042 Maple Springs Street
Henderson, NV 89002

**Lienholders and Parties in Interest**:
CIT Group, Inc.
c/o: CIT Mortgage Loan Trust
Attn: Nelson J. Chai, CEO
1 Cit Drive
Livingston, NJ 07039

- 3 -

Trustee Corps
c/o: MTC Financial, Inc.
17100 Gillette Avenue
Irvine, CA 92614

3.      Additionally, a true and correct copy of the Notice was served as follows:

a.      ☒ (UNITED STATES MAIL) Pursuant to Fed. R. Bankr. P. 2002, the Notice was sent via first class postage prepaid to the parties listed below.

**Creditor Mailing Matrix**:

The entire matrix (except for the Trustee and the Office of the United States Trustee) received a copy of the Notice by U.S. Mail. *See* attached mailing matrix.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED: Tuesday, October 22, 2013

 */s/Mathew Kane*
An Employee of David A. Rosenberg
Chapter 7 Trustee

Label Matrix for local noticing
0978-2
Case 12-19246-lbr
District of Nevada
Las Vegas
Tue Oct 22 19:54:33 PDT 2013

ECAST SETTLEMENT CORPORATION
POB 35480
NEWARK, NJ 07193-5480

TD AUTO FINANCE LLC f/k/a DC FIN SVCS AMER L
c/o Poli & Ball, PLC
3311 S. Rainbow Blvd, Ste 215
Las Vegas, NV 89146-6206

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

040 Realty
5265 S. Durango Dr.
Las Vegas, NV 89113-0199

ACE Cash
Acct No 5002
4300 E. Charlestone Blvd.
Las Vegas, NV 89104-2368

Accelerated Rehab and Pain Center
Acct No Demjeo00
241 N. Buffalo Dr
Las Vegas, NV 89145-0307

Advance Me Today
Acct No 1725
PO Box 11287-1007
New York, NY 10102-0001

American Express
Acct No 000282752014355973
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355-0701

Applied Card Bank
Acct No 422709734533
Attention: General Inquiries
Po Box 17125
Wilmington, DE 19850-7125

Archer Loans
6153 S Archer Rd
Summit Argo, IL 60501-1631

Bank Of America
Acct No 112034343
P.O. Box 2240
Brea, CA 92822-2240

Bank Of America
Acct No 65010000071000
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro, NC 27420-6012

Bank Of America
Acct No xxxxxxxxxx1000
Attn: Bankruptcy NC4-105-0314
Po Box 26012
Greensboro, NC 27420-6012

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank Of America, N.a.
Acct No xxxxx4343
450 American St
Simi Valley, CA 93065-6285

Bank Of America, N.a.
Acct No xxxxx4367
450 American St
Simi Valley, CA 93065-6285

Bank of America
Acct No 0148
Attn: Bankruptcy Dept NC4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Bank of America
Acct No 112034367
P.O. Box 52326
Phoenix, AZ 85072-2326

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One, N.a.
Acct No xxxxxxxxxxx1993
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One, N.a.
Acct No xxxxxxxxxxx4544
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130-0285

Capture Financial
9200 Ward Parkway, Suite 350
Kansas City, MO 64114-3387

Cash 1 LLC
Acct No 1725
6708 W Cheyenne
Las Vegas, NV 89108-4588

Cb&t
Acct No 4791060015670457
c/o SST Card Services
Po Box 84024
Columbus, GA 31908-4024

Cb&t
Acct No xxxxxxxxxxx0457
Attention: Special Assets
1000 Veterans Parkway, Ground Floor
Columbus, GA 31901-2506

Ccs/cortrust Bank
Acct No 4154330012402324
500 E 60th St N
Sioux Falls, SD 57104-0478

Chase
Acct No 435787600901
800 Brooksedge Blvd
Westerville, OH 43081-2822

Chase Card Services
Acct No xxxxxxxxxxx0371
Attn: Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850-5298

Chase Mht Bk
Acct No xxxxxxxxxxx0126
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

Chase Mht Bk
Acct No xxxxxxxxxxxx8585
Attention: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

(p)CHRYSLER FINANCIAL
27777 INKSTER RD
FARMINGTON HILLS MI 48334-5326

Citibank / Sears
Acct No 504994139555
Po Box 20363
Kansas City, MO 64195-0363

City Ntl Bk/Ocwen Loan Service
Acct No xxxx1143
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416-4738

(p)CLARK COUNTY CREDIT UNION
PO BOX 36490
LAS VEGAS NV 89133-6490

Clark County Credit Un
Acct No xxxx8310
Po Box 36490
Las Vegas, NV 89133-6490

Clark County Credit Un
Acct No xxxx8311
Po Box 36490
Las Vegas, NV 89133-6490

Clark County Credit Un
Acct No xxxx8312
Po Box 36490
Las Vegas, NV 89133-6490

Clark County Credit Un
Acct No xxxx8350
Po Box 36490
Las Vegas, NV 89133-6490

Department of Finance & Business Service
Acct No xxxx0003
400 Stewart Avenue
Las Vegas, NV 89101-2913

Desert Orthopaedic
Acct No 3548
P.O. Box 50509
Henderson, NV 89016-0509

Direct Marketing Inc
Acct No 0004959395
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Fin
Acct No xxxxxxxxxxxx4669
Attention:  Bankruptcy Department
Po Box 3025
New Albany, OH 43054-3025

Discover Financial
Acct No 601100916070
Attention:  Bankruptcy Department
Po Box 3025
New Albany, OH 43054-3025

ECAST SETTLEMENT CORPORATION ASSIGNEE OF CAP
ONE BANK (USA) NA
POB 35480
NEWARK NJ 07193-5480

ECAST SETTLEMENT CORPORATION ASSIGNEE OF FIA
SERVICES AKA BANK OF AMERICA
POB 35480
NEWARK NJ 07193-5480

ECAST SETTLEMENT CORPORATION ASSIGNEE OF GE
BANK/JC PENNEY CONSUMER
POB 35480
NEWARK NJ 07193-5480

EZ Payday Cash
4760 S. Highland Dr. #654
Salt Lake City, UT 84117-5149

East Bay Funding LLC
c/o Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

East Bay Funding, LLC its successors and ass
as assignee of B-Line, LLC
Resurgent Capital Services
PO Box 288
Greenville, SC 29602-0288

Emerge/fnbo
Acct No 5181890001697030
Po Box 105374
Atlanta, GA 30348-5374

Emerge/fnbo
Acct No xxxxxxxxxxxx7030
Po Box 105555
Atlanta, GA 30348-5555

Fireside Cash
PO Box 2391
Belize City, BL

First Premier Bank
Acct No xxxxxxxxxxxx7281
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Gemb/JC Penny
Acct No xxxxxxxxxxxx7458
Attention:  Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Green Point Savings
Acct No 4800090306945
Po Box 84013
Columbus, GA 31908-4013

Green Point Savings
Acct No xxxxxxxxx6945
Po Box 130424
Roseville, MN 55113-0004

HSBC Nv/GM Card
Acct No 5407915012625627
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197-5213

HSBC Nv/GM Card
Acct No 5440450059555783
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197-5213

HSBC Nv/GM Card
Acct No 5440450064222536
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197-5213

Home Equity Servicing Corporation
Acct No 6930320258858
Attn: Bankruptcy Department
1100 Corporate Center
Raleigh, NC 27607-5066

Home Equity Servicing Corporation
Acct No 6930320258866
Attn: Bankruptcy Department
1100 Corporate Center
Raleigh, NC 27607-5066

(p)WACHOVIA BANK NA
MAC X2303-01A
1 HOME CAMPUS
1ST FLOOR
DES MOINES IA 50328-0001

Hsbc Bank
Acct No xxxxxxxxxxxx2536
Po Box 5253
Carol Stream, IL 60197-5253

Hsbc Bank
Acct No xxxxxxxxxxxx2620
Po Box 5253
Carol Stream, IL 60197-5253

Hsbc Bank
Acct No xxxxxxxxxxxx5627
Po Box 5253
Carol Stream, IL 60197-5253

Hsbc Bank
Acct No xxxxxxxxxxxx5783
Po Box 5253
Carol Stream, IL 60197-5253

Hsbc Frnrw
Acct No xxxxxxxxxxx3917
Attention: Bankruptcy
Po Box 5263
Carol Stream, IL 60197-5263

(p)HSBC BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 5213
CAROL STREAM IL 60197-5213

Internal Revenue Service
Stop 5028
110 City Parkway
Las Vegas, NV 89106-6085

Jc Penney
Acct No 336117
Attention:  Bankruptcy Department
Po Box 103106
Roswell, GA 30076-9106

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Laboratorty Med. consultant
Acct No 3318
8085 Rivers Ave. #100
North Charleston, SC 29406-9239

Mcydsnb
Acct No 335513049220
9111 Duke Blvd
Mason, OH 45040-8999

Money Tree
Acct No x19-07
2615 E Tropicana
Las Vegas, NV 89121-7303

Money Tree
Acct No x48-62
2950 W. Sahara Ave.
Las Vegas, NV 89102-4347

Money Tree
Acct No x48-62
4210 W. Craig Ste106
North Las Vegas, NV 89032-2735

Money Tree
Acct No xx0399
PO Box 58363
Seattle, WA 98138-1363

Money Tree
Acct No xx0820
4210 W. Craig Ste106
North Las Vegas, NV 89032-2735

ORION
C/O RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVENUE SUITE 1120
MIAMI FL 33131-1605

Ocwen Federal Bank
Acct No 33641143
12650 Ingenuity Dr.
Orlando, FL 32826-2703

PREMIER BANKCARD/CHARTER
P.O. BOX 2208
VACAVILLE, CA 95696-8208

Pepper Cash
PO box 704
Watersmeet, MI 49969-0704

Protection One
Acct No 4816
PO BOX 49292
Wichita, KS 67201-9292

Providian Financial
Acct No 6374104970
Attn: Bankruptcy
Po Box 10467
Greenville, SC 29603-0467

Providian Financial / Chase
Acct No xxxxxxxxxxxx4970
Chase Card Services/Attn: Bankruptcy Dep
Po Box 15298
Wilmington, DE 19850-5298

Quest Diagnositcs
Acct No 9549
PO BOX 31001-1542
Pasadena, CA 91110-0001

Quest Diagnositcs
Acct No x6061
PO BOX 31001-1542
Pasadena, CA 91110-1542

Rapid Cash
4343 N. Rancho Dr
Las Vegas, NV 89130-3422

Rapid Cash
4921 W. Sahara
Las Vegas, NV 89146-3462

Rapid Cash
Acct No 2704
4921 W. Sahara
Las Vegas, NV 89146-3462

Rapid Cash
Acct No 2706
4343 N. Rancho Dr
Las Vegas, NV 89130-3422

Rapid Cash
Acct No 4923
P.O. Box 3069
Gardena, CA 90247-1269

Rapid Cash
Acct No Multiple Accounts
4343 N. Rancho Dr
Las Vegas, NV 89130-3422

Sears/cbna
Acct No xxxxxxxxxxxx6142
Po Box 6189
Sioux Falls, SD 57117-6189

Select Portfolio Svcin
Acct No 2771105339608
3815 South West Temple
Salt Lake City, UT 84115-4412

Select Portfolio Svcin
Acct No 2771105339616
3815 South West Temple
Salt Lake City, UT 84115-4412

Specialized Loan Servi
Acct No xxxxxx5315
Attn: Bankruptcy
8742 Lucent Blvd.  Suite 300
Highlands Ranch, CO 80129-2386

St Rose Dominican-Siena
Acct No 3767
CHW PFS
P.O.Box 101081
Pasadena, CA 91189-1089

Steinberg Diagnostic
Acct No 0087
PO BOX 36900
Las Vegas, NV 89133-6900

Sunset Clinic
3551 E. Bonanza Rd. Ste. 107
Las Vegas, NV 89110-2198

Sunset Clinic
Acct No 0002
3551 E. Bonanza Rd. Ste. 107
Las Vegas, NV 89110-2198

T. D. Auto Finance
Acct No 0746
PO box 9001921
Louisville, KY 40290-1921

Target
Acct No 4352376699166120
Po Box 9475
Minneapolis, MN 55440-9475

The Endocrine Clinic
7010 Smoke Ranch Rd. #100
Las Vegas, NV 89128-8399

(p)TRIAD FINANCIAL CORP
5201 RUFE SNOW DRIVE
SUITE 400
NORTH RICHLAND HILLS TX 76180-6036

Triad Financial Corp/Santander
Acct No xxxxxxxxxxxxx0001
Attn: Bankruptcy Department
Po Box 105255
Atlanta, GA 30348-5255

U.S. TRUSTEE - LV - 7
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101-5803

UMR
Acct No multiple accounts
PO Box 30541
Salt Lake City, UT 84130-0541

United Cash Loans
3531 Northwest 8 Street
Miami, OK 74355

Vericrest
Acct No xxxxxx5221
Po Box 24610
Oklahoma City, OK 73124-0610

Wash Mutual/Providian
Acct No 0300590371
Attn: Bankruptcy Dept
Po Box 10467
Greenville, SC 29603-0467

Washington Mutual / Providian
Acct No 2700591659
Attn: Bankruptcy Dept.
Po Box 10467
Greenville, SC 29603-0467

Wells Fargo
Acct No 500821470323700001
Po Box 60510
Los Angeles, CA 90060-0510

Wells Fargo
Acct No xxxxxxxxxxxxx0001
1 Home Campus X2303-01a
Des Moines, IA 50326

Willington Finance
Acct No 9800215221
715 S. Metropolitan Ave
Oklahoma City, OK 73108-2088

Willington Finance
Acct No 9800215221
715 South Metropolitan Ave
Oklahoma City, OK 73108-2088

Wyrhsr Mtg/Select Portfolio Servicing
Acct No xxxxxxxxx9608
Po Box 65250
Salt Lake City, UT 84165-0250

Wyrhsr Mtg/Select Portfolio Servicing
Acct No xxxxxxxxx9616
Po Box 65250
Salt Lake City, UT 84165-0250

Zions First National B
Acct No 1100382102000199
2460 S 3270 W
Salt Lake City, UT 84119-1116

centennial hills hospital
Acct No 3318
po box 31001-0827
Pasadena, CA 91110-0827

ANTHONY DELUCA
DELUCA & ASSOCIATES
7580 W SAHARA AVE
LAS VEGAS, NV 89117-2785


CHRISTOPHER DEMEO
2042 MAPLE SPRINGS ST.
HENDERSON, NV 89002-3617

DAVID A. ROSENBERG
5030 PARADISE ROAD #B-215
LAS VEGAS, NV 89119-1225

JENNIFER DEMEO
2042 MAPLE SPRINGS ST.
HENDERSON, NV 89002-3617


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank Of America
Acct No xxxxxxxxxxxx1214
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

Capital 1 Bank
Acct No 410608211831
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

(d)Capital 1 Bank
Acct No 412174157069
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091


Chrysler Credit
Acct No 1012720746
Po Box 8065
Royal Oak, MI 48068

Clark County Credit Un
Acct No 56358310
2625 N Tenaya Way
Las Vegas, NV 89128

(d)Clark County Credit Un
Acct No 56358311
2625 N Tenaya Way
Las Vegas, NV 89128


(d)Clark County Credit Un
Acct No 56358312
2625 N Tenaya Way
Las Vegas, NV 89128

(d)Clark County Credit Un
Acct No 56358350
2625 N Tenaya Way
Las Vegas, NV 89128

Homeq Servicing
Acct No xxxxxxxxx8858
Po Box 13716
Sacramento, CA 95853


(d)Homeq Servicing
Acct No xxxxxxxxx8866
Po Box 13716
Sacramento, CA 95853

Hsbc/frnrw
Acct No 593601105813917
Attn: Bankruptcy
Po Box 15522
Wilmington, DE 19850

Triad Financial Corp
Acct No 40000132010270001
5201 Rufe Snow Dr  Ste 400
North Richland Hills, TX 76180


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Clark County Credit Union
P O Box 36490
Las Vegas, NV 89133-6490

(d)ECAST SETTLEMENT CORPORATION
POB 35480
NEWARK NJ 07193-5480

(u)Metabnk/fhut
Acct No xxxxxxxxxxxx0009


(u)ROBERT MEISSNER
REALTY ONE GROUP, LLC

End of Label Matrix
Mailable recipients   125
Bypassed recipients     4
Total               129