DAVID A. ROSENBERG
Nevada Bar No.: 10738
US BANKRUPTCY TRUSTEE
5030 Paradise Road., #B-215
Las Vegas, Nevada 89119
Phone: (702) 405-7312
Fax: (702) 947-2244
darosenberg@7trustee.net

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| In Re:<br>**DEMEO, CHRISTOPHER**<br>**DEMEO, JENNIFER**<br><br>**Debtor(s)** | Case No.: BK-S-12-19246 LED<br>Chapter 7<br><br>Hearing Date : N/A<br>Hearing Time: N/A |
|---|---|

# TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the Trustee hereby reports the results of the sale following the *Trustee's Motion To Sell Assets Of The Estate Free And Clear Of Liens And Encumbrances And To Surcharge Proceeds Of Sale – Real Property [7959 Gorgas Court, Las Vegas, NV 89129],* which was granted by Court Order entered January 3, 2014 [Dkt. No. 34].

Attached as Exhibit 1 is the Final Combined Statement.

| | |
|---|---:|
| SALES PRICE | $136,000.00 |
| CLOSING COSTS | -$10,982.63 |
| §506(c) CARVE-OUT BUYER'S PREMIUM | $6,800.00 |
| SALE PROCEEDS | $125,017.37 |

The Trustee declares the foregoing is true and correct under penalty of perjury.

**DATED** this Wednesday, January 08, 2014.

                Respectfully Submitted:
                By:   /s/ *David A. Rosenberg*
                David A. Rosenberg
                Panel Bankruptcy Trustee

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

# Final Combined Statement

**Stewart Title Company, Stewart Title Company**
376 E. Warm Springs Road, Suite 190, Las Vegas, NV 89119, (702) 697-3700

| | |
|---|---|
| Seller(s) | David A. Rosenberg, BK TTEE for the Estate of Christopher Demeo and Jennifer Demeo, debtors, Case # 12-19246-lbr, 5030 Paradise #B215, Las Vegas, NV 89119 |
| Buyer(s) | Silver Liege Development LLC, 2320 Potosi Street, Suite 130, Las Vegas, NV 89146 |
| Lender(s) | Lender |
| Property | 7959 Gorgas Court Las Vegas, Nevada 89129 |

138-09-616-013

| Closing Date | 12/20/2013 | Disbursement Date | | Proration Date | 12/20/2013 |

| Buyer Debit | Buyer Credit | Description | Seller Debit | Seller Credit |
|---|---|---|---|---|
| | | **Sales/Price** | | |
| $136,000.00 | | Contract sales price | | $136,000.00 |
| | | **Additional Credits** | | |
| | $143,728.13 | Deposit to Close from Silver Liege Development LLC | | |
| | | **Prorations** | | |
| | | County taxes | | |
| $84.21 | | Sewer 1/3/2014 to 5/1/2014 | | $84.21 |
| | $7.62 | County taxes 1/1/2014 to 1/3/2014 | $7.62 | |
| | | **Commissions** | | |
| | | $4,080.00 to Realty One Group | $4,080.00 | |
| | | $2,720.00 to RE/MAX Extreme | $2,720.00 | |
| | | Transaction Fee to Realty One Group | $375.00 | |
| | | **Title Charges** | | |
| $350.00 | | Settlement or closing fee to Stewart Title Company | $350.00 | |
| | | Owner's title insurance to Stewart Title Company | $775.00 | |
| | | Owner's title policy limit $136,000.00 | | |
| $50.00 | | Title Work Charge to Stewart Title Company | $50.00 | |
| | | Document fee to Stewart Title Company | $200.00 | |
| | | **Recording Fees/Transfer Charges** | | |
| $23.00 | | Deed $23.00 Mortgage Releases Other $47.00 to Stewart Title Company | $47.00 | |
| | | State tax/stamps Deed $693.60 to Stewart Title Company | $693.60 | |
| | | **Additional Charges** | | |
| $342.75 | | Real property taxes 3rd qtr 2013-14 to Clark County Treasurer | | |
| | | HOA transfer fee | | |
| | | Home warranty/WAIVED | | |
| | | Sewer - 4/30/14 to City of Las Vegas - Sewer | $302.60 | |
| | | Trash - exp. 2/28/14 to REpublic Services | $1,137.97 | |
| | | Reimbursement to Robert Meissner | $328.05 | |
| $6,800.00 | | BK Release fee to BK TTEE | | |
| $143,649.96 | $143,735.75 | Subtotals | $11,066.84 | $136,084.21 |
| $85.79 | | Balance due to Buyer | | |
| | | Balance due to Seller | $125,017.37 | |
| $143,735.75 | $143,735.75 | Totals | $136,084.21 | $136,084.21 |

SILVER LIEGE DEVELOPMENT LLC

_____
Justin Bruni
Authorized Signer

_____

DAVID A. ROSENBERG, BK TTEE FOR THE
ESTATE OF CHRISTOPHER DEMEO AND JENNIFER DEMEO,
DEBTORS, CASE # 12-19246-LBR

_____
David A. Rosenberg

The undersigned hereby certifies this to be a true and correct copy of the original document.
STEWART TITLE OF NEVADA
By _____